UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. _____

MARC CEMOIN,

    Plaintiff,

v.

WASTE MANAGEMENT INC. OF FLORIDA,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Waste Management Inc. of Florida ("Defendant"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida, on the grounds of federal question jurisdiction. The removal of this action is based upon the following:

## PROCEDURAL HISTORY

1. On July 17, 2020, Plaintiff, Marc Cemoin, filed the instant action against Waste Management Inc. of Florida in the 15th Judicial Circuit, in and for Palm Beach County under the case name styled *Marc Cemoin v. Waste Management Inc. of Florida,* 15th Judicial Circuit in and for Palm Beach County Case No. 50-2020-CA-007566-XXXX-MB.

2. Plaintiff's Complaint alleges national origin discrimination in violation of the Florida Civil Rights Act ("FCRA") and/or Title VII of the Federal Civil Rights Act ("Title VII").

3.      Specifically, Plaintiff alleges that he is an individual of Haitian national origin, and within a case of individuals protected by Title VII and the FCRA.[1]  Plaintiff further alleges that Defendant engaged in discrimination against him because of Plaintiff's national origin in violation of the FCRA and/or Title VII.

4.      Defendant was served with the Summons and Complaint on July 28, 2020.

## GROUNDS FOR REMOVAL

5.      The State Court action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has referenced and implicated Title VII of the Federal Civil Rights Act as part of his claim.  This Court has supplemental jurisdiction over Plaintiff's Florida Civil Rights Act claim pursuant to 28 U.S.C. § 1367(a).

6.      Defendant was served with a copy of the Complaint and Summons in the State Court Action on July 28, 2020.  This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

7.      This case is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

8.      The District and Division where this action is pending is the United States District Court for the Southern District of Florida, West Palm Beach Division, and Defendant properly seeks to remove this action to this Court.  *See* 28 U.S.C. § 1441(a).

---

[1] Plaintiff also alleges that he is within a class of individuals protected by § 1981.

9. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

10. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, and simultaneously provide written notice of the filing of this Notice of Removal to Plaintiff (Exhibit "B") as reflected by the Certificate of Service.

DATED this 27th day of August 2020.                    Respectfully submitted,

By: */s/ Stella S. Chu*
Patrick G. DeBlasio, III
Florida Bar No. 871737
E-Mail: pdeblasio@littler.com
Secondary: btapia@littler.com
Stella S. Chu, Esq.
Florida Bar No. 060519
E-mail: sschu@littler.com
Secondary: kljackson@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of August 2020, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Stella S. Chu*
Stella S. Chu

## SERVICE LIST

| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |
|---|---|
| Rainier Regueiro, Esq.<br>Florida Bar Number: 115578<br>E-Mail: rregueiro@rgpattorneys.com<br>REMER & GEORGES-PIERRE, PLLC<br>Comeau Building<br>319 Clematis Street, Suite 606<br>West Palm Beach, FL 33401<br>Telephone: (561) 225-1970<br>Facsimile: (305) 416-5005 | Patrick G. DeBlasio, III<br>Florida Bar No. 871737<br>E-Mail: pdeblasio@littler.com<br>Secondary: btapia@littler.com<br>Stella S. Chu, Esq.<br>Florida Bar No. 060519<br>E-mail: sschu@littler.com<br>Secondary: kljackson@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL  33131<br>Telephone:  (305) 400-7500<br>Facsimile:  (305) 603-2552 |

4835-6262-2409.1 046554.1411