# EXHIBIT A



SHARON R. BOCK
Clerk & Comptroller
Palm Beach County

**CASE NUMBER: 50-2020-CA-007566-XXXX-MB**
**CASE STYLE: CEMOIN, MARC V WASTE MANAGEMENT INC OF FLORIDA**

Case Info ▾

Select a tab above to view additional case details. Case documents are located on the Dockets & Documents tab.

| | |
|---|---|
| **Case Style** | CEMOIN, MARC V WASTE MANAGEMENT INC OF FLORIDA |
| **Filing Date** | 07/17/2020 |
| **Division Name** | AJ: Circuit Civil Central - AJ |
| **Case Status** | Open |



**CASE NUMBER: 50-2020-CA-007566-XXXX-MB**
**CASE STYLE: CEMOIN, MARC V WASTE MANAGEMENT INC OF FLORIDA**

Party Names ▼

| First Name | Last Name | Party Type |
|---|---|---|
| RAINER | REGUEIRO | ATTORNEY |
| | WASTE MANAGEMENT INC OF FLORIDA | DEFENDANT/RESPONDENT |
| SCOTT | KERNER | JUDGE |
| MARC | CEMOIN | PLAINTIFF/PETITIONER |



**SHARON R. BOCK**
Clerk & Comptroller
Palm Beach County

**CASE NUMBER: 50-2020-CA-007566-XXXX-MB**
**CASE STYLE: CEMOIN, MARC V WASTE MANAGEMENT INC OF FLORIDA**

Dockets & Documents ▾

Public = 🖼️            VOR = 🔒            In Process = 🔘

Page Size: 25 ▾

|  | Docket Number | Effective Date | Description |
|---|---|---|---|
| 🖼️ | 1 | 07/17/2020 | CIVIL COVER SHEET |
| 🖼️ | 2 | 07/17/2020 | COMPLAINT |
| 🖼️ | 3 | 07/17/2020 | SUMMONS ISSUED |
|  | 4 | 07/20/2020 | DIVISION ASSIGNMENT |
| 🖼️ | 5 | 07/20/2020 | PAID $411.00 ON RECEIPT 3687980 |



**CASE NUMBER: 50-2020-CA-007566-XXXX-MB**
**CASE STYLE: CEMOIN, MARC V WASTE MANAGEMENT INC OF FLORIDA**

Case Fees ▾

## Fees

| Due Date | Description | Amount Balance |
|---|---|---|
| 07/20/2020 | 800FF - Circuit Civil General PB | $0.00 |
| 07/20/2020 | e-Filed SMS PB | $0.00 |
| | Totals: | $0.00 |

## Receipts

| Receipt Number | Receipt Date | Receipt Amount |
|---|---|---|
| 3687980 | 07/20/2020 | $411.00 |



**SHARON R. BOCK**
Clerk & Comptroller
Palm Beach County

**CASE NUMBER: 50-2020-CA-007566-XXXX-MB**
**CASE STYLE: CEMOIN, MARC V WASTE MANAGEMENT INC OF FLORIDA**

Court Events ▾

No court event info was found.

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.:_____
Judge: _____

Marc Cemoin
Plaintiff
vs.
WASTE MANAGEMENT INC OF FLORIDA
Defendant

**II.    AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim rounded to the nearest dollar $30,000

**III.    TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability – commercial
  ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions
☐ Professional malpractice
  ☐ Malpractice – business
  ☐ Malpractice – medical

  ☐ Malpractice – other professional
☒ Other
  ☐ Antitrust/Trade Regulation
  ☐ Business Transaction
  ☐ Circuit Civil - Not Applicable
  ☐ Constitutional challenge-statute or ordinance
  ☐ Constitutional challenge-proposed amendment
  ☐ Corporate Trusts
  ☒ Discrimination-employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

☐ County Civil
  ☐ Small Claims up to $8,000
  ☐ Civil
  ☐ Replevins
  ☐ Evictions
  ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

IV.    **REMEDIES SOUGHT** (check all that apply):
        ☒ Monetary;
        ☐ Non-monetary declaratory or injunctive relief;
        ☐ Punitive

V.     **NUMBER OF CAUSES OF ACTION:**
        (Specify)

        1

VI.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐ Yes
        ☒ No

VII.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒ No
        ☐ Yes – If "yes" list all related cases by name, case number and court:

VIII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒ Yes
        ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:    s/ Rainier Regueiro
               Attorney or party
FL Bar No.: 115578
               (Bar number, if attorney)
               Rainier Regueiro
               (Type or print name)
        Date: 07/17/2020

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

**MARC CEMOIN,**

        Plaintiff,

                           CASE NO.: _____

v.

**WASTE MANAGEMENT INC. OF FLORIDA,**

        Defendant.

_____/

### SUMMONS IN A CIVIL CASE

**TO: WASTE MANAGEMENT INC. OF FLORIDA,** through its Registered Agent:

        CT CORPORATION SYSTEM
        1200 SOUTH PINE ISLAND ROAD
        PLANTATION, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        RAINIER REGUEIRO, ESQ.
        REMER & GEORGES-PIERRE, PLLC.
        COMEAU BUILDING
        319 CLEMATIS STREET
        SUITE 606
        WEST PALM BEACH, FL 33401

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHARON R BOCK                      Jul 20 2020

CLERK                           DATE

(BY) DEPUTY CLERK   KATTIE M SHERROD





## SHARON R. BOCK

### CLERK & COMPTROLLER
### PALM BEACH COUNTY, FLORIDA

**RECEIPT**
3687980

Printed On:
07/20/2020 12:06
Page 1 of 1

| Receipt Number: 3687980 - Date 07/20/2020 Time 12:06PM | | | |
|---|---|---|---|
| **Received of:** | Remer and Georges Pierre PLLC<br>44 West Flagler St. Suite 2200<br>Miami, FL 33130 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 411.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 411.00 |
| **Receipt ID:** | 9997999 | **Remaining Balance:** | 0.00 |
| **Division:** | AJ: Circuit Civil Central - AJ(Civil) | | |

| Case# 50-2020-CA-007566-XXXX-MB -- PLAINTIFF/PETITIONER: CEMOIN, MARC | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_ACH | 28555906 | 411.00 |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |

**How was your service today?** Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

Filing # 110426115 E-Filed 07/17/2020 03:57:46 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

**MARC CEMOIN,**

       Plaintiff,

                      CASE NO.: _____

v.

**WASTE MANAGEMENT INC. OF FLORIDA,**

       Defendant.

_____/

## COMPLAINT

    **COMES NOW**, Plaintiff, MARC CEMOIN ("Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, WASTE MANAGEMENT INC. OF FLORIDA, ("Defendant"), and alleges as follows:

    1. This is an action by the Plaintiff for damages exceeding $30,000 excluding attorneys' fees or costs pursuant to the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760, *et seq.* ("FCRA"); to redress injuries resulting from Defendant's unlawful national-origin-based discriminatory treatment towards Plaintiff.

    2. At all times material hereto, Plaintiff was a resident of Palm Beach County, Florida.

    3. Plaintiff continues to be, a resident of Palm Beach County, Florida.

    4. Defendant is a Florida Profit Corporation with its principal place of business located in Harris County, Texas.

    5. Defendant conducts and operates business in several Florida counties including Palm Beach County, Florida.

    6. Venue is proper in Palm Beach County because all of the actions complained of herein occurred within the jurisdiction of Palm Beach County at Defendant's business.

7. Defendant was a "person" and/or an "employer" pursuant to the Florida Civil Rights Act of 1992, *Fla. Stat. Section 760.01, et seq.*, since it employs fifteen or more employees for the applicable statutory period; and it is subject to the employment discrimination provisions of the applicable statute, the "FCRA".

8. At all times material hereto, Plaintiff was an "employee" within the meaning of the Florida Civil Rights Act of 1992, Fla *Stat. Section 760, et seq.*

9. Plaintiff is a member of a class of persons protected from Discrimination in his employment under the Florida Civil Rights Act of 1992 (FCRA), Fla *Stat. Section 760, et seq.*

10. On or about April 17, 2019, Plaintiff filed a timely charge of employment discrimination with the Equal Employment Opportunity Commission, the agency which is responsible for investigating claims of employment discrimination.

11. All conditions precedent for the filing of this action before this Court has been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

12. Plaintiff is an individual of Haitian national origin, and within a class of individuals protected by Title VII, the FCRA, and § 1981.

13. On or about March 2, 2016, Plaintiff was hired by Defendant as a full-time employee Truck Driver.

14. On or about March 2019, Plaintiff was performing the regular duties in his role as a truck driver when he accidently hit a mailbox with his truck.

15. Plaintiff did not report this incident to his supervisors.

16. Plaintiff resumed his duties for that day without issue.

17. Later, on or about March 2019, Plaintiff was terminated by Defendant under the pretext of him hitting that mailbox earlier in the month.

18. Plaintiff was terminated by his supervisor, Roger Senat, an individual of Trinidad national origin.

19. During Plaintiff's employment with Defendant, Plaintiff routinely witnessed non-Haitian employees have accidents and incidents without being terminated.

20. Plaintiff recalls a fellow truck driver co-worker, Cornillo (LNU), driving his truck and running over a mailbox.

21. Cornillo purchased a new mailbox to try and replace the damage before being caught, which was discovered by another supervisor, Miguel Rossario, who is of Puerto Rican national origin.

22. Cornillo was not terminated nor was his employment jeopardized as a result.

23. Plaintiff and Cornillo both hit mailboxes in their scope of employment, neither reported their actions, yet only Plaintiff who is of Haitian national origin was terminated while Cornillo who is non-Haitian was not.

24. Plaintiff has observed that Haitian employees who are party to accidents or incidents are penalized and/or terminated on a discriminatory basis.

25. Any reason proffered by Defendant for Plaintiff's termination is mere pretext for unlawful discrimination.

26. Throughout his employment Plaintiff had performed the essential functions of his job duties and responsibilities, and at all relevant times he had performed his job at satisfactory or above-satisfactory levels.

27. Plaintiff has retained the undersigned counsel in order that his rights and interests may be

protected. Plaintiff has thus become obligated to pay the undersigned a reasonable attorney's fee.

## COUNT I
### *National Origin Discrimination in Violation the FCRA*

28. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-27 of this complaint as if set out in full herein.

29. Plaintiff is a member of a protected class under the FCRA.

30. By the conduct describe above, Defendant has engaged in discrimination against Plaintiff because of Plaintiff's national origin and subjected the Plaintiff to animosity based on national origin.

31. Such discrimination was based upon the Plaintiff's national origin in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff is Haitian.

32. Defendant's conduct complained of herein was willful and in disregard of Plaintiff's protected rights. Defendant and its supervisory personnel were aware that discrimination on the basis of national origin was unlawful but acted in reckless disregard of the law.

33. At all times material hereto, the employees exhibiting discriminatory conduct towards Plaintiff possessed the authority to affect the terms, conditions, and privileges of Plaintiff's employment with the Defendant.

34. Defendant retained all employees who exhibited discriminatory conduct toward the Plaintiff and did so despite the knowledge of said employees engaging in discriminatory actions.

35. As a result of Defendant's actions, as alleged herein, Plaintiff has been deprived of rights, has been exposed to ridicule and embarrassment, and has suffered emotional distress and damage.

36. The conduct of Defendant, by and through the conduct of its agents, employees, and/or representatives, and the Defendant's failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

37. The actions of the Defendant and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to federal law, to punish the Defendant for its actions and to deter it, and others, from such action in the future.

38. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendant's discriminatory practices unless and until this Honorable Court grants relief.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

a. Adjudge and decree that Defendant has violated Title VII, and has done so willfully, intentionally, and with reckless disregard for Plaintiffs' rights;

b. Enter a judgment requiring that Defendant pay Plaintiff appropriate back pay, benefits' adjustment, and prejudgment interest at amounts to be proved at trial for the unlawful employment practices described herein;

c. Enter an award against Defendant and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

d. Require Defendant to reinstate Plaintiff to his position at the rate of pay and with the full benefits Plaintiff would have had Plaintiff not been discriminated against by Defendant, or in lieu of reinstatement, award front pay;

e. Award Plaintiff the costs of this action, together with a reasonable attorney fees; and

f. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: July 17, 2020                    Respectfully submitted,

                                        /s/ Rainier Regueiro
                                        Rainier Regueiro, Esq.
                                        Florida Bar Number: 115578
                                        rregueiro@rgpattorneys.com
                                        **REMER & GEORGES-PIERRE, PLLC**
                                        Comeau Building
                                        319 Clematis Street, Suite 606
                                        West Palm Beach, FL 33401
                                        Telephone: (561) 225-1970
                                        Facsimile: (305) 416-5005

| Case Number: 50-2020-CA-007566-XXXX-MB | |
|---|---|
| **Plaintiff: MARC CEMOIN** | |
| **Defendant: WASTE MANAGEMENT INC OF FLORIDA** | |
| **Plaintiff's Atty: REGIUEIRO, RAINIER** | |
| **Plaintiff's Atty Address: 44 WEST FLAGLER STREET SUITE 2200 MIAMI FL 33130** | |
| **Division: AJ: Circuit Civil Central - AJ (Civil)** | |
| **Effective Date** | **Description** |
| 07/17/2020 | CIVIL COVER SHEET<br>F/B PLTF |
| 07/17/2020 | COMPLAINT<br>F/B PLTF |
| 07/17/2020 | SUMMONS ISSUED<br>TO BE SERVED ON WASTE MANAGEMENT INC OF FLORIDA |
| 07/20/2020 | DIVISION ASSIGNMENT<br>AJ: Circuit Civil Central - AJ (Civil) |
| 07/20/2020 | PAID $411.00 ON RECEIPT 3687980 |